**Barry J. BLUEFELD, Plaintiff-**
**Appellant,**

v.

**Barry S. COHEN; Joel S. Meisel; David Cohen, Defendants-Appellees.**

No. 17-1596

United States Court of Appeals,
Fourth Circuit.

Submitted: September 26, 2017

Decided: September 28, 2017

Barry J. Bluefeld, Appellant Pro Se. Matthew D. Matkov, SALTZ MATKOV PC, Wayne, Pennsylvania, for Appellees.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry J. Bluefeld appeals from the district court's order dismissing his civil action filed against the directors and officers of a corporation in which he is a shareholder. We have reviewed the record as well as the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bluefeld v. Cohen*, No. 8:15-cv-02857-PX, 2017 WL 1546406 (D. Md. Apr. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*